[Civ. No. 11572.   Second Appellate District, Division Two.—December 8, 1937.]

KATHRYN CULVER, etc., Appellant, v. ENID P. RIGGS BARRETT, Respondent.

No appearance for Appellant.

W. I. Gilbert and David L. Sefman for Respondent.

THE COURT.—This is an appeal from the superior court. The clerk's transcript and reporter's transcript were filed August 16, 1937.    No appearance has been made by the appellant, either by brief or orally.   The case comes before us on the court's own order to the appellant to show cause why the appeal should not be dismissed for want of prosecution.   Due service of the order having been made, the order is granted.

Appeal dismissed.